IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
NOV 1 0 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| EX PARTE ) | |
| ) | CIVIL ACTION NO. B-03-184 |
| ARMANDO ARISPE GARCIA ) | |
| ) | |

### GOVERNMENT'S UNOPPOSED MOTION TO TRANSFER VENUE

COMES NOW, the Government, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and move this Court to transfer venue to the United States District Court for the Southern District of Texas, Houston Division.

The Petitioner, Armando Arispe Garcia, is presently detained by the U.S. Department of Homeland Security in the Houston, Texas. He has an immigration case pending before the immigration court in Houston, Texas. It would involve considerable expense to bring the Petitioner to Brownsville, Texas, including, but not limited to, salary for two escorts, food, lodging, and transportation to and from Houston, Texas.

1

The only apparent nexus to Brownsville, Texas, is Petitioner's attorney.

Therefore, the Government respectfully requests that, in the interest of judicial economy and the potential expense to the Government, venue be changed in this case to United States District Court for the Southern District of Texas, Houston Division.

                                        Respectfully submitted,

                                        MICHAEL T. SHELBY
                                        United States Attorney
                                        Southern District of Texas

                                        LISA M. PUTNAM
                                        Special Assistant U.S. Attorney
                                        P.O. Box 1711
                                        Harlingen, Texas 78551
                                        Tel:  (956) 389-7051
                                        Georgia Bar No. 590315
November 7, 2003                Federal Bar No. 23937

**CERTIFICATE OF CONSULTATION**

I hereby certify that I have discussed this motion with opposing counsel, Philip T. Cowen, who is not opposed to the motion.

LISA M. PUTNAM
Special Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

> Philip T. Cowen, Esquire
> 500 E. Levee St.
> Brownsville, TX  78520

on this the 7th day of November, 2003.

LISA M. PUTNAM
Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EX PARTE ) | |
| ) | CIVIL ACTION NO. B-03-184 |
| ARMANDO ARISPE GARCIA ) | |
| ) | |

### ORDER

Upon consideration of the Government's Unopposed Motion to Transfer Venue, the Court finds that the motion should be granted.

It is therefore ORDERED that venue in this case be transferred to the United States District Court for the Southern District of Texas, Houston Division.

Done this _____ day of _____, 2003, in Brownsville, Texas.

_____