IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EX PARTE ) | |
| ) | CIVIL ACTION NO. B-03-184 |
| ARMANDO ARISPE GARCIA ) | |
| ) | |

### ORDER

Upon consideration of the Government's Unopposed Motion to Transfer Venue, the Court finds that the motion should be granted.

It is therefore ORDERED that venue in this case be transferred to the United States District Court for the Southern District of Texas, Houston Division.

Done this 17th day of November, 2003, in Brownsville, Texas.

JOHN WM. BLACK
U.S. MAGISTRATE JUDGE